# BERANBAUM MENKEN LLP

80 PINE STREET, 33RD FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616

FACSIMILE: (212) 509-8088

WWW.NYEMPLOYEELAW.COM

JOHN A. BERANBAUM °
BRUCE E. MENKEN
JASON J. ROZGER ᐃ
JENNIFER L. SMITH
CHRISTINE CLARKE *

° ALSO ADMITTED NJ, PA
ᐃ ALSO ADMITTED NJ
* PENDING ADMISSION

April 18, 2011

**BY ECF AND REGULAR MAIL**
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room N406
Brooklyn, NY 11201

Re:   Emilie Morse v. JetBlue Airways Corporation; 09 Civ. 5075 (KAM)

Dear Judge Matsumoto:

This firm represents the plaintiff in the above referenced matter. We write, with the consent of our adversaries, to request that plaintiff's deadline to serve a response to defendant's summary judgment papers be extended from April 29, 2011 to May 13, 2011, and that defendant's deadline to submit a reply be extended from May 13, 2011 to June 3, 2011. The reason for this request is that lead counsel for the plaintiff has been in trial for the past week and a half and needs additional time to put together a response. Defendant's counsel has agreed to the extension of plaintiff's deadline, with the caveat that their reply deadline also be extended in light of the intervening holiday weekend. It is not anticipated that this request will affect any other deadlines in the case.

Thank you for your consideration.

Respectfully submitted,

Jennifer Smith

cc:   Edward Cerasia, Esq. (by ECF and email)