UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- x
                        :
EMILIE MORSE,                        :
                        :   CV-09-5075 (KAM-ALC)
        Plaintiff,          :
                        :   **NOTICE OF WITHDRAWAL OF**
   -against-           :   <u>**CHRISTIE DEL REY-CONE, ESQ.**</u>
                        :
JETBLUE AIRWAYS CORPORATION,   :
                        :
        Defendant.        :
------------------------------------- x

      Edward Cerasia II, Esq., a partner at the law firm of Seyfarth Shaw LLP and lead counsel for defendant, hereby notifies the Court of the withdrawal of the appearance of Christie Del Rey-Cone, Esq. as counsel for defendant in the above-captioned action.  Ms. Del-Rey Cone recently resigned from the partnership at Seyfarth Shaw, is no longer representing the defendant in this case, and thus should cease receiving notifications for this case through the Court's Electronic Case Filing system.

Dated: New York, New York
       November 1, 2011

                                            Respectfully submitted,

                                            SEYFARTH SHAW LLP

                                            By   <u>s/ Edward Cerasia II</u>
                                                  Edward Cerasia II
                                            620 Eighth Avenue
                                            New York, New York 10018
                                            212.218.5500

                                            *Attorneys for Defendant*

13891099v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2011, I electronically filed the foregoing Notice of Withdrawal of Christie Del Rey-Cone, Esq. with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

John A. Beranbaum, Esq.<br>
Beranbaum Menken LLP<br>
80 Pine Street<br>
33rd Floor<br>
New York, New York 10005

                                                                          s/ Edward Cerasia II
                                                                           Edward Cerasia II

13891099v1