UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x
EMILIE MORSE,  :
 :
 Plaintiff,  :
   CV-09-5075 (KAM-MDG)
 -against- :
 :
JETBLUE AIRWAYS CORPORATION,  :
 :
 Defendant.  :
--------------------------------------------------------------------- x

## NOTICE OF CHANGE OF FIRM AND ADDRESS

PLEASE TAKE NOTICE, that Edward Cerasia II, formerly of Seyfarth Shaw LLP, attorney for defendant JetBlue Airways Corporation ("JetBlue") is now a shareholder of the firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  Seyfarth Shaw will no longer represent JetBlue in this case.  Mr. Cerasia's new address and contact information is as follows:

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1745 Broadway, 22nd Floor
New York, New York 10019
Main Office Number: 212-492-2500
Main Fax Number:    212-492-2501
E-mail address:  edward.cerasia@odnss.com

Dated: New York, New York
       April 30, 2012

                                            Respectfully submitted,

                                            OGLETREE, DEAKINS, NASH, SMOAK
                                             & STEWART, P.C

                                            By:___s/ Edward Cerasia II_____
                                                 Edward Cerasia II

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on April 30, 2012, the foregoing Notice of Change of Firm and Address was electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to counsel of record for the plaintiff.

s/ Edward Cerasia II
Edward Cerasia II
